**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00033-CR**
_____

**IN RE FABBIAN DONTA SCOTT**

_____

**Original Proceeding**
**Criminal District Court of Jefferson County, Texas**
**Trial Cause Nos. 21-36748 and 21-36749**
_____

**MEMORANDUM OPINION**

In a petition for a writ of mandamus, Fabbian Donta Scott claims that he is being held on a defective indictment and complaint. Scott complains that the trial court denied his motion to quash the indictment on the record. He also complains that his bail is excessive, but the motion to quash the indictment is the only motion he discusses in his mandamus petition. As relief, Scott asks this Court to compel the trial court to hold an evidentiary hearing and rule on his motion to quash the indictment as a matter of law.

To obtain mandamus relief, the relator must establish that he has no adequate remedy at law to redress his alleged harm and that what he seeks to compel is a ministerial act not involving a discretionary or judicial decision. *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007). Based on the record before us, we conclude that Scott has not shown that his complaints could not be addressed through an appropriate pre-trial procedure or through an appeal in the event he is convicted on the charged offenses. We deny the petition for a writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on March 8, 2022
Opinion Delivered March 9, 2022
Do Not Publish

Before Kreger, Horton and Johnson, JJ.